FRED R. PUGLISI, Cal. Bar No. 121822
NORMA V. GARCIA, Cal. Bar No. 223512
VALERIE E. ALTER, Cal. Bar No. 239905
ELIZABETH S. BERMAN, Cal. Bar No. 252377
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: 310-228-3700
Facsimile: 310-228-3701
fpuglisi@sheppardmullin.com
ngarciaguillen@sheppardmullin.com
valter@sheppardmullin.com
eberman@sheppardmullin.com

Attorneys for Defendant,
BBG Communications, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

VLASTIMIL SAJFR AND DAVID KEEPORTS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

BBG COMMUNICATIONS, INC., a Delaware CORPORATION, and DOES 1 - 10,

Defendant.

Case No. 10-CV-2341-JLS (WVG)

**DEFENDANT BBG COMMUNICATIONS, INC.'s NOTICE OF RELATED CASES**

**[LOCAL RULE 40.1]**

**NOTICE OF RELATED CASES**

Pursuant to United States District Court for the Southern District of California Local Rule 40.1, counsel for defendant BBG Communications, Inc. ("BBG Communications") hereby submits that:

1. The following related action is currently pending before the Honorable Marilyn L. Huff: *Brandon Evans v. BBG Communications, Inc.*, Case No. 10-CV-0542 H (NLS) (the "Evans Action").

2. The Evans Action was filed against defendant BBG Communications on March 12, 2010, and involves similar claims and allegations to the instant action. The Evans Action also purports to be a representative action against BBG Communications and seeks certification of an almost identical class.

3. BBG Communications believes it is in the best interest of the parties and of judicial economy to assign this action to the same judicial officer currently hearing the Evans Action.

Dated: December 22, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ Norma Garcia

FRED R. PUGLISI
NORMA V. GARCIA
ELIZABETH S. BERMAN
Attorneys for Defendant
BBG COMMUNICATIONS, INC.

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, California 90067-6017.

On **December 22, 2010**, I served the following document(s) described as **DEFENDANT BBG COMMUNICATIONS, INC.'s NOTICE OF RELATED CASES [LOCAL RULE 40.1]** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Alan M. Mansfield
THE CONSUMER LAW GROUP
9466 Black Mountain Road
Suite 225
San Diego, California 92126

John Mattes, Esq.
1666 Garnet Avenue, #815
San Diego, California 92109

Whatley Drake & Kallas LLC
Joe R. Whatley, Esq.
Edith M. Kallas, Esq.
Patrick J. Sheehan, Esq.
1540 Broadway
37th Floor
New York, New York 10036

**BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 22, 2010, at Los Angeles, California.

/s/ Barbara Clark
Barbara Clark