**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VLASTIMIL SAJFR and DAVID KEEPORTS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br><br>BBG COMMUNICATIONS, INC., a Delaware corporation, and DOES 1 - 10,<br><br>Defendant. | **CASE NO. 10-CV-2341 H (NLS)**<br><br>**ORDER**<br><br>**(1) SUBMITTING DEFENDANT'S MOTION TO DISMISS**<br><br>**(2) SUBMITTING PLAINTIFF'S MOTION TO CONSOLIDATE CASES**<br><br>**(3) SUBMITTING PLAINTIFF'S MOTION TO APPOINT COUNSEL** |

On January 12, 2011, Defendant BBG Communications, Inc. filed a motion to dismiss. (Doc. No. 10.) On January 13, 2011, Plaintiffs Vlastimil Safjr and David Keeports filed a motion to consolidate cases and to permit filing of consolidate master complaint. (Doc. No. 15.) On the same day, Plaintiffs also filed a motion to appoint interim class counsel. (Doc. No. 16.) A motion hearing on the motions is currently scheduled for February 28, 2011 at 10:30 a.m. The Court, pursuant to its discretion under Local Rule 7.1(d)(1), submits the

///

///

///

1  motions on the parties' papers, and vacates the motion hearing for February 28, 2011 absent
2  further order of the Court.
3  **IT IS SO ORDERED**.
4  DATED: February 3, 2011

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT