# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLASTIMIL SAJFR and DAVID KEEPORTS, on behalf of themselves and all others similarly situated, | CASE NO. 10-CV-2341-H (NLS) |
| Plaintiffs, | **ORDER DENYING PRO HAC VICE APPLICATION** |
| vs. | |
| BBG COMMUNICATIONS, INC., a Delaware corporation, and DOES 1 - 10, | |
| Defendant. | |

On January 11, 2011, attorney John Mattes applied to appear pro hac vice before this court in the above matter on behalf of Plaintiff Vlastimil Sajfr. Civil Local Rule 83.3(c)(4) governs pro hac vice admissions and provides that "an attorney is not eligible to practice pursuant to this local rule if any one of the following apply to the attorney: (1) resides in California, (2) is regularly employed in California, or (3) is regularly engaged in business, professional, or other activities in California." Mr. Mattes' pro hac vice application lists his business address as being in San Diego, California. Accordingly, the Court DENIES Mr. Mattes' pro hac vice application and directs the clerk to return his application fee.

**IT IS SO ORDERED**.

DATED: February 28, 2011

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

10cv2341