

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE CALENDAR OF THE HONORABLE ANTHONY J. BATTAGLIA | ORDER TRANSFERRING CASES |

The following cases are transferred from the calendar of the Honorable Marilyn L. Huff to the calendar of the Honorable Anthony J. Battaglia. After this transfer, the case number should be changed to reflect Judge Battaglia's initials. Therefore, in all case numbers, the "H" that appears after the case number should be changed to "AJB." The magistrate judge will remain the same. This change should be made on all future filings to ensure that all documents are properly sent to Judge Battaglia. All pending motion dates and pretrial and trial dates in the listed cases shall remain in place except that the parties in the above cases are advised that they may be contacted by the Court on an individual basis with respect to the rescheduling of any pending dates.

1.    08-CV-01368 (BGS) Pinnacle Fitness and Recreation Management, LLC v. The Jerry Moyes Family Trust

2    08-CV-01689 (RBB)  Backe v. Novatel Wireless, Inc., et al

   Consolidated Case:

      08-CV-01714 (RBB)  Harms v. Novatel Wireless, Inc., et al

| | | |
|---|---|---|
| 3. | 08-CV-02307 (WVG) | Brighton Collectibles, Inc. v. Coldwater Creek, Inc., et al |
| | Related Case: | |
| | | 10-CV-00419 (WVG) Brighton Collectibles, Inc. v. RK Texas Leather MFG, et al |
| 4. | 09-CV-01348 (WVG) | Menachem Shoval v. Evan Sobzak |
| 5. | 09-CV-02473 (BGS) | Pytelewski v. Costco, et al |
| 6. | 10-CV-00295 (RBB) | Theodore Petrina v. United States of America |
| 7. | 10-CV-01144 (NLS) | Robert A. Butler v. Goldsmith & Hull APC, et al |
| 8. | 10-CV-01370 (BGS) | Bernard Flores v. George Neotti |
| 9. | 10-CV-01862 (WVG) | Jungryea Shin v. Benihana, Inc. |
| 10. | 10-CV-01945 (JMA) | Travis Bondurant v. People of the State of California |
| 11. | 10-CV-01947 (PCL) | Roel Centeno v. M.E. Banaga Bugatin, et al |
| 12. | 10-CV-02015 (RBB) | Abdo Abo-Shihata v. Eric H. Holder |
| 13. | 10-CV-01753 (WMc) | Davidson Reinforcing Company v. Cove Commercial Partners |
| | Related Cases: | |
| | | 10-CV-1754 (WMc)  Rand Engineering Inc. v. Cove Community Development |
| | | 10-CV-2220 (WMc)  Heating & Cooling Supply v. Cove Community Development |
| 14. | 10-CV-02130 (RBB) | O'M and Associates, LLC et al v. Ozanne, et al |
| 15. | 10-CV-02341 (NLS) | Vlastimil Sajfr v. BBG Communications, Inc., et al |
| | Related Case: | |
| | | 11-CV-00227 (NLS) Nicolas Wood v. BBG Communications, Inc., et al |
| 16. | 10-CV-02451 (BGS) | Peviani v. Natural Balance, Inc. |
| 17. | 11-CV-00131 (POR) | State Farm Mutual Auto Insurance v. United States of America |
| 18. | 11-CV-00198 (BGS) | Stephen J. Donell v. Melvin O. Miller |

IT IS SO ORDERED.

Dated: 3-15-11

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT