Alan M. Mansfield (SBN 125998)
alan@clgca.com
THE CONSUMER LAW GROUP
9466 Black Mountain Rd., Suite 225
San Diego, CA 92126
Tel: (619) 308-5034
Fax: (888) 341-5048

WHATLEY DRAKE & KALLAS LLC
Joe R. Whatley, Esq.
Patrick J. Sheehan, Esq. (Admitted *Pro Hac Vice*)
psheehan@wdklaw.com
1540 Broadway, 37th Floor
New York, NY  10036
Tel: (212) 447-7070
Fax: (212) 447-7077

Attorneys for Plaintiffs

[*Additional Counsel Listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VLASTIMIL SAJFR, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>BBG COMMUNICATIONS, INC., and DOES 1-10 INCLUSIVE,<br><br>   Defendants. | Case No.: 10-cv-2341-AJB (NLS)<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS'** *EX PARTE* **APPLICATION TO EXCUSE CO-COUNSEL'S PERSONAL APPEARANCE AT ENE CONFERENCE OR TO APPEAR BY TELEPHONE**<br><br>**ENE Hearing Date:** May 9, 2011<br>**Time:**  2:30 p.m.<br>**Place:**  Room 1101<br>**Judge:**  Hon. Nita L. Stormes |

## INTRODUCTION AND RELIEF REQUESTED

Plaintiffs seek an *ex parte* order to excuse the personal appearance of co-counsel Alan M. Mansfield at the May 9, 2011 Early Neutral Evaluation Conference ("ENE") as he will not be available on that date. Opposing counsel was informed Plaintiffs intended to make this *ex parte* application and does not oppose this application. *See* Declaration of Alan M. Mansfield, ¶5.

Excusing the personal appearance of co-counsel will not materially impact the outcome of the ENE. Both Plaintiffs will be personally present at the ENE, and Plaintiffs' co-counsel on the

1

case who is a principal attorney also responsible for its prosecution, Patrick J. Sheehan, will be present. Plaintiffs' counsel have discussed the status of this matter, and hereby represent that Mr. Sajfr, Mr. Keeports and Mr. Sheehan will have "unfettered discretion and authority" to discuss settlement and "change the settlement position of a party" and enter into any agreements that may be reached at the ENE, as defined in paragraph 2 of this Court's April 1, 2011 Order setting the ENE (Docket No. 38), and as provided for in Local Rule 16.1(c)(1). Thus, co-counsel's presence will not be necessary to ensure that the purpose of the ENE will be fully effectuated.

Based on their participation, both counsel do not need to be personally present. Mr. Sheehan will be legally and factually prepared to discuss and resolve the case considering the circumstances of the litigation. Mansfield Decl., ¶3. This case is a complex class action litigation that has recently advanced past the pleading stage and no formal party discovery has taken place. Thus, if the focus of this ENE becomes a Case Management Conference pursuant to Local Rule 16(d) at the end of the ENE as provided for in Local Rule 16.1(c)(2)(b) and the Court's April 1 Order, Mr. Mansfield alternatively requests the Court approve his participation by telephonic conference call pursuant to Local Rule 16(d). Mansfield Decl., ¶4.

Dated: April 21, 2011

CONSUMER LAW GROUP OF CALIFORNIA

By:   S/Alan M. Mansfield
      Alan M. Mansfield
      alan@clgca.com
9466 Black Mountain Road, Suite 225
San Diego, CA 92126
Tel: (619) 308-5034
Fax: (888) 341-5048

WHATLEY DRAKE & KALLAS LLC
Joe R. Whatley, Esq.
jwhatley@wdklaw.com
Patrick J. Sheehan, Esq. (Admitted *Pro Hac Vice*)
psheehan@wdklaw.com
1540 Broadway, 37th Floor
New York, NY 10036
Tel: (212) 447-7070
Fax: (212) 447-7077

Attorneys for Plaintiffs