Alan M. Mansfield (SBN 125998)
alan@clgca.com
THE CONSUMER LAW GROUP
9466 Black Mountain Rd., Suite 225
San Diego, CA 92126
Tel: (619) 308-5034
Fax: (888) 341-5048

WHATLEY DRAKE & KALLAS LLC
Joe R. Whatley, Esq.
Patrick J. Sheehan, Esq. (Admitted *Pro Hac Vice*)
psheehan@wdklaw.com
1540 Broadway, 37th Floor
New York, NY 10036
Tel: (212) 447-7070
Fax: (212) 447-7077

Attorneys for Plaintiffs

[*Additional Counsel Listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VLASTIMIL SAJFR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BBG COMMUNICATIONS, INC., and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No.: 10-cv-2341-AJB (NLS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ALAN M. MANSFIELD IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION TO EXCUSE CO-COUNSEL'S PERSONAL APPEARANCE AT ENE CONFERENCE OR TO APPEAR BY TELEPHONE**<br><br>**ENE Hearing Date:** May 9, 2011<br>**Time:** 2:30 p.m.<br>**Place:** Room 1101<br>**Judge:** Hon. Nita L. Stormes |

I, Alan M. Mansfield, declare as follows:

1. I am an attorney at law licensed to practice in the State of California, and one of the attorneys of record herein for Plaintiffs Vlastimil Sajfr and David Keeports in this action. I have personal knowledge of the facts contained herein and, if called as a witness, could competently testify to such facts. I submit this Declaration in Support of Plaintiffs' *Ex Parte* Application to Excuse Co-Counsel's Personal Appearance at ENE or To Appear by Telephone.

1

2. The ENE conference ("ENE") in this matter is presently set to go forward on May 9, 2011. I have communicated with Mr. Vlastimil Sajfr and Mr. David Keeports, the named plaintiffs, and Mr. Patrick J. Sheehan, one of Plaintiffs' counsel, and if the ENE conference goes forward all of them will be personally present at the ENE. I will be out of the District (actually, out of the country) on that date on personal matters and will not able to personally appear, although I can be available by telephone conference call if necessary.

3. Mr. Sheehan and I have had numerous discussions about this case generally and about the ENE specifically. He will have unfettered discretion and authority, along with Mr. Sajfr and Mr. Keeports, to discuss and enter into settlement if discussions along those lines take place.

4. Plaintiffs and Mr. Sheehan will also be prepared to discuss case management issues in the event this matter does not settle at the ENE. This is a complex class action involving a large corporate defendant. No formal party discovery has been served or responded to as of this date. I am working with counsel for Defendant BBG Communications, Inc. to prepare a Joint Status Conference Report that addresses the case management issues set forth at page 3 of the Court's April 1, 2011 Order setting this ENE, which will be filed with the Court in preparation for the case management component of the ENE if the Court decides to go forward on that date. Previously in the *Evans v. BBG* matter (and in this matter) the Court set an ENE, but after receiving the parties' ENE statements vacated the ENE and set a later telephonic Case Management Conference.

5. I have had several communications with Norma Guillen, counsel for Defendant, as recently as April 18, 2011, and advised her of this *ex parte* application. Ms. Guillen indicated Defendant does not oppose this request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this __21st__ day of __April__, 2011 at San Diego, California.

_____
ALAN M. MANSFIELD

2

MANSFIELD DECL. ISO PLTFS' EX PARTE APP. TO EXCUSE          CASE NO.: 10-CV-2341-AJB (NLS)
COUNSEL'S PERSONAL APPEARANCE AT ENE CONFERENCE