UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLASTIMIL SAFJR AND DAVID KEEPORTS,<br><br>          Plaintiffs,<br>v.<br><br>BBG COMMUNICATIONS, INC. AND DOES 1-10 INCLUSIVE<br><br>          Defendants. | Civil No. 10-2341 AJB   (NLS)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE, AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On May 9, 2011, the court convened an Early Neutral Evaluation Conference in this action. The case did not settle. The court discussed compliance with Federal Rule of Civil Procedure 26, and now **ORDERS:**

1. Counsel are ordered to appear **telephonically** on **July 8, 2011** at **10:00 a.m.** before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiffs' counsel shall initiate the telephonic conference.

2. The Rule 26(f) conference shall be completed on or before **June 3, 2011**.

3. A Joint Discovery Plan shall be lodged with Magistrate Judge Stormes on or before **June 13, 2011**. (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

4. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before **June 27, 2011**.

1 | Plaintiffs' counsel shall serve a copy of this order on all parties that enter the case from this point
2 | forward.  Each responsible attorney of record and all parties representing themselves shall participate in
3 | the conference.  Represented parties need not participate.
4 | Failure of any counsel or party to comply with this order will result in sanctions.
5 | **IT IS SO ORDERED.**

7 | DATED:  May 9, 2011

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court