FRED R. PUGLISI, Cal. Bar No. 121822
NORMA V. GARCIA, Cal. Bar No. 223512
VALERIE E. ALTER, Cal. Bar No. 239905
ELIZABETH S. BERMAN, Cal. Bar No. 252377
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:    310-228-3700
Facsimile:     310-228-3701
fpuglisi@sheppardmullin.com
ngarcia@sheppardmullin.com
valter@sheppardmullin.com
eberman@sheppardmullin.com

Attorneys for Defendant
BBG COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLASTIMIL SAJFR AND DAVID KEEPORTS, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiff,<br><br>       v.<br><br>BBG COMMUNICATIONS, INC., and DOES 1-10 INCLUSIVE,<br><br>                    Defendant. | Case No. 10-CV-02341-AJB (NLS)<br><br>The Honorable Anthony J. Battaglia<br><br>**DECLARATION OF FERDINAND VON KLOCKE IN SUPPORT OF DEFENDANT BBG COMMUNICATIONS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>[*Notice of Motion and Motion for Summary Judgment; Declarations of Susan Freeman, Gregorio Galicot, Vania Monge, Irene Fedier, Brian Rhys, Gaurav Malhotra, Urs Manetsch and Anton Mueller, Prof. Dr. Bernd Holznagel, LLM, and Isaac Guakil-Chaiyo; Separate Statement of Undisputed Facts; Request for Judicial Notice; and Certificate of Service Filed Concurrently herewith*]<br><br>Date:         December 16, 2011<br>Time:         1:30 p.m.<br>Courtroom:  12<br><br>[Complaint Filed: November 12, 2010] |

## DECLARATION OF FERDINAND VON KLOCKE

I, FERDINAND VON KLOCKE, declare as follows:

i)    I am a citizen of Germany and am an independent agent for BBG Global, A.G. ("BBG Global"), a Swiss corporation headquartered in Baar, as successor of BBG Holdings, Ltd. ("BBG Holdings").  I make this declaration based on my own personal knowledge of the facts, or my review of records available to me as they are kept in the ordinary course of my business, and could and would testify competently thereto if called as a witness.

ii)    This declaration is submitted in support of BBG Communications, Inc.'s Motion for Summary Judgment filed in *Vlastimil Sajfr, et al., etc. v. BBG Communications, Inc., et al.*, USDC Southern District of California Case No. 10CV2341-H (NLS).

iii)    Deutsche Telekom AG ("Deutsche Telekom") is a German corporation headquartered in Germany.  Attached hereto as Exhibit "A", and incorporated herein by this reference, is a true and correct copy of the Deutsche Telekom company profile available online at www.telekom.com/dtag/cms/content/dt/en/255634.  Under the heading "Facts & Figures", it indicates that 14.8% of Deutsche Telekom is owned by the Federal Republic of Germany.

iv)    In 2003, I entered into an independent agency agreement with BBG Global's predecessor, BBG Holdings.  BBG Global is a Swiss corporation headquartered in Baar, Switzerland.

-1-

1        v)      In or about 2007, pursuant to my independent agency agreement, I was

2    responsible for establishing and managing BBG Global's long distance payphone card

3    swipe operator-assisted calling services at the Frankfurt, Germany airport.

4

5        vi)     More specifically, I was personally responsible for negotiating with

6    Deutsche Telekom on behalf of BBG Global to provide long distance card swipe operator-

7    assisted calling services to payphones located in the Frankfurt airport in Germany.  The

8    agreement was heavily negotiated over the course of several months and almost every

9    detail in connection with the services provided by BBG Global, including the details and

10   specifications of the call flow design, prompts, and disclosures, was determined by,

11   reviewed by and subject to the approval of Deutsche Telekom.  BBG Global now provides

12   card swipe operator-assisted payphone services at the Frankfurt, Germany airport pursuant

13   to the terms I negotiated with Deutsche Telekom in or about 2007 on behalf of BBG

14   Global.

15

16       vii)    Attached hereto as Exhibit "B," and incorporated herein by this reference, is

17   a true and correct copy of the Deutsche Telekom approved call flow design for all

18   payphones located in the Frankfurt airport serviced by Deutsche Telekom and BBG

19   Global.  Stated differently, this call flow design is for all card swipe operator-assisted

20   service calls that originate from phones serviced by BBG Global located in the Frankfurt

21   airport, whether the caller selects the services of Deutsche Telekom or BBG Global.

22

23       viii)   As noted in the call flow design, the first step in making a call after the caller

24   picks up the receiver and swipes his or her credit card, but before any charges are assessed,

25   is for the caller to select who he or she wants to provide telecommunication services.  The

26   caller is prompted to press "1" for BBG Global or "2" for Deutsche Telekom.  This prompt

27   is provided in German if the bank associated with the swiped card is a German bank.  If

28   the card swiped is a non-German bank, this prompt is provided in English.  If the caller

1  presses "1," service is provided in English by BBG Global. If the caller presses "2,"
2  service is provided in German by Deutsche Telekom. If the caller does not press "1" or
3  "2," the carrier will default to BBG Global and English.

4

5      ix)    If the caller has selected BBG Global to provide services, the caller is next
6  prompted to identify whether the call is a national call or an international call. This
7  prompt does not apply if the caller has selected Deutsche Telekom to provide services.

8

9      x)    The caller is then prompted to enter the destination phone number.

10

11      xi)    Once this information is entered and verified, and before any charges are
12  assessed to the caller, the caller is prompted to receive rate information. More specifically,
13  if the caller had previously selected Deutsche Telekom to provide services, the caller is
14  prompted to press "1" for applicable rate information. If the caller had previously selected
15  BBG Global to provide services, the caller is prompted to press "9" (initially I believe
16  callers were prompted to dial "0") for an operator or to receive applicable rate information.

17

18      xii)    No matter which service is selected, the caller is given sufficient time to
19  make his or her selection (typically three seconds).

20

21      xiii)    If the caller is using Deutsche Telekom and presses "1," an automated system
22  informs the caller of the applicable rates.

23

24      xiv)    If the caller is using BBG Global and presses "9," the caller is transferred to
25  an operator who provides the applicable rates. Upon transfer, the caller is asked to provide
26  the operator his or her debit or credit card information again.

27

28

-3-

1    xv)    If after obtaining the applicable rates the caller wishes to terminate the call,

2   no charges are assessed against the caller.  Conversely, if the caller decides to proceed with

3   the call, the call is placed.  Even if the call is placed, however, no charge is assessed on the

4   caller unless the call is connected (i.e., answered by the called number).

5

6    xvi)    If the caller does not choose to inquire of the applicable rates within the

7   preconfigured time (i.e., does not dial "1" or "9"), the call is placed.  The caller is still not

8   assessed any charge, however, unless the call is connected (i.e., answered by the called

9   number).

10

11    xvii)    The specific prompts referenced above, and in the attached call flow design,

12   were dictated and required by Deutsche Telekom as part of the negotiations which I

13   conducted as an independent agent of BBG Global in order to establish BBG Global's long

14   distance card swipe payphone operator-assisted calling services at the Frankfurt, Germany

15   airport.  BBG Global is not able to provide this service in Germany without complying

16   with Deutsche Telekom's requirements.  Importantly, from time to time Deutsche Telekom

17   makes immaterial unilateral changes to this call flow design.  The callers' ability to obtain

18   rate information (by dialing "0" or "9"), however, has not changed.

19

20    xviii)    As part of my role as BBG Global's agent in Germany, I am also personally

21   involved with BBG Global's advertising, disclosures, and its use of stickers on the

22   payphones it services.  I have carefully reviewed page 2 of Plaintiffs' Exhibit 1 to the

23   Complaint, which is a photograph of a sticker, which Plaintiff alleges is an example of

24   disclosures made at domestic and international airports.  The sticker in Exhibit 1 reads as

25   follows:  "On the pay telephone itself BBG states 'credit card calls are routed and priced

26   by: direct communication to:  BBG Communications, Inc., 5111 San Ysidro Blvd., #1770,

27   San Ysidro, CA 92173. 1-800-576-5402." This advertisement has never been approved for

28   use, or used, at the Frankfurt airport.

-4-

1    xix)    For instance, the sticker clearly states that the applicable language is for calls

2    made *to Germany*, not *from* Germany.

3

4    xx)    Moreover, the sticker that Plaintiffs include at page 2 in Exhibit 1 to their

5    Complaint was not authorized for use in Frankfurt, Germany by Deustche Telekom, A.G.,

6    and was not used in Germany.  I know this because of my role as BBG Global's agent in

7    Germany and familiarity with the payphones at the Frankfurt Airport.

8

9    xxi)    Further, I can say with certainty that the remainder of the pages of Exhibit 1

10   of Plaintiffs' Complaint were never used at the Frankfurt airport in Germany.  For instance,

11   page 1 of Exhibit 1 lists Germany among its "International country codes."  If this were

12   located in Germany, it would certainly not list Germany's country code for international

13   calls, as a call "to" Germany would be considered a domestic call.  Moreover, page 3 of

14   Exhibit 1 expressly states that the advertisement refers to "BT Payphones," i.e., British

15   Telecom payphones in Britain – not Deutsche Telekom payphones in Germany.  Page 4 of

16   Exhibit 1 also refers to BT payphones and where the advertisement cuts off you can see

17   that Germany is listed under "International codes"-- which further evidences this was not

18   an advertisement located in Germany.  Page 5 of this Exhibit expressly states that the

19   payphone is located at Heathrow Airport, Terminal 3.  Additionally, pages 6 – 8 of the

20   Exhibit have never been used at the Frankfurt airport.  Finally, page 9 of Exhibit 1

21   expressly states the disclosure is for a "BT phone"—not for a Deutsche Telekom

22   payphone.  Hence, I can say with all confidence that none of these advertisements were

23   ever used at the Frankfurt airport in Germany.

24

25   xxii)    Attached as Exhibit "C" are true and correct copies of various photographs I

26   took on March 27, 2011, of payphones located at the Frankfurt airport.  These would be

27   the same type of payphones allegedly used by Vlastimil Sajfr to call the Czech Republic

28

W02-WEST:3NVG1\403377855.3                                          VON KLOCKE DECLARATION

1  from the Frankfurt Airport.  Even a cursory review of these photographs demonstrates that

2  BBG Communications is not listed anywhere on the payphones or video screens.

3

4      xxiii)  On March 27, 2011, I attempted to place a coin call using .50 Euro from a

5  payphone located at the Frankfurt Airport to the Czech Republic.  The payphone I used

6  was similar to the payphone allegedly used by Vlastimil Sajfr to call the Czech Republic

7  from the Frankfurt Airport.  After depositing my coins and dialing the number, I was

8  instructed by the video display associated with the payphone that I had failed to deposit a

9  sufficient amount to complete my call.  At no point during that attempted call was I ever

10  prompted by either the video screen, an automated voice, or a live operator to swipe my

11  credit card because I had insufficient coins to complete the call.

12

13      xxiv)  I have also coordinate customer service inquiries for calls originating from

14  the Frankfurt airport with personnel at B-Tel, S.A. de C.V. ("B-Tel").  B-Tel's call center is

15  located in Tijuana, Mexico.

16

17      I declare under penalty of perjury under the laws of the United States of America

18  and Germany that the foregoing is true and correct.

19

20      Executed June 27, 2011 at Cologne, Germany.

21

22                               _____

23                               FERDINAND VON KLOCKE

24

25

26

27

28

W02-WEST:3NVG1\403377855.3                               VON KLOCKE DECLARATION

# EXHIBIT A

# EXHIBIT A

**·· T· ········· ········· ········· ···**

## Deutsche Telekom facts and figures

| | |
|---|---|
| **Headquarters:** | **Deutsche Telekom AG** |
| | Friedrich-Ebert-Allee 140 |
| | 53113 Bonn, Germany |
| | Bonn District Court HRB 6794 |
| **Chairman of the Board of Management, CEO:** | René Obermann |
| **Board of Management:** | Manfred Balz, Board member for Data Privacy, Legal Affairs and Compliance |
| | Reinhard Clemens, Board member for T-Systems |
| | Niek Jan van Damme, Board member for Germany |
| | Timotheus Höttges, Board member for Finance (CFO) |
| | Guido Kerkhoff, Board member for Europe |
| | Edward Kozel, Board member for Technology and Innovation (CTIO) |
| | Thomas Sattelberger, Board member for Human Resources |
| **Supervisory Board:** | 20 members in total (with 10 employee representatives and 10 shareholder representatives) |
| **Chairman of the Supervisory Board:** | Prof. Dr. Ulrich Lehner |
| **T-Share:** | Number of shares: 4,361,319,993 (December 2009) |
| | ISIN: DE0005557508 |
| | Securities-ID (WKN): 555750 |
| **Stock markets:** | Germany (all stock exchanges) and Tokyo (TSE) |
| **Shareholder structure:** | 68.3 percent free float, 14.8 percent owned by the Federal Republic of Germany, 16.9 percent owned by the KfW banking group (December 31, 2009) |
| **Revenue:** | 64.6 billion euros (2009 financial year) |
| **Employees:** | Approx. 260,000 employees worldwide (December 2009) |
| **Internationalization:** | Deutsche Telekom is represented in about 50 countries worldwide. |

7

# EXHIBIT B

# EXHIBIT B





BBG / DT Credit
Call Service
Call Flow Diagram
V.1.4
Confidential

Call Data Entry
(18)

Use bank language selection
Restricted to German and English only
Non-German and non-English use English
(19)

Begin Internal and External Validation Process
(20)

Prompt caller for Service Provider "Press 1 for BBG" (in current language) or
Press 2 for DT (in German language)
(21)

Collect Service Provider selection
(22)

1 → Enable English Language (23)

2 → Enable German Language (24)

Enable BBG service (25)

Enable DT service (26)

Prompt caller for call jurisdiction "Press 1 to make a national call, press 2 to make an international call"
(27)

Jurisdiction selection (28)

2 → Set No Default country code (29)

1 → Set Default country code to national country code (30)

Prompt caller for Destination Number "Please enter the number you wish to reach"
(31)

Unsupported Destination Number (Emergency, Assistance, etc.) (33)

Yes → Play Invalid number prompt "That number cannot be dialed with credit card payment. Please hang up and select a different payment method, or dial a different number" (32)

Destination number entry is configurable with the following values:
Retry Count (typically 3),
First Digit Timeout (typically 8),
Inter Digit Timeout (typically 3)

(Call Flow Notes)

Call Placement (34)

10



BBG / DT Credit
Call Service
Call Flow Diagram
V.1.4
Confidential

Notes

| DTMF keypad frequencies | | | | |
|---|---|---|---|---|
| | 1209 Hz | 1336 Hz | 1477 Hz | 1633 Hz |
| 697 Hz | 1 | 2 | 3 | A |
| 770 Hz | 4 | 5 | 6 | B |
| 852 Hz | 7 | 8 | 9 | C |
| 941 Hz | * | 0 | # | D |

(DTMF Tone Notes)

Mod 100 Calculation  (add each Mod 100 digit
for each DTMF digit transmitted,  apply modulo
100 function to derive 2 digit value)

| DTMF | Mod 100 |
|---|---|
| 0 | 0 |
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |
| 4 | 4 |
| 5 | 5 |
| 6 | 6 |
| 7 | 7 |
| 8 | 8 |
| 9 | 9 |
| * | 14 |
| # | 15 |
| A | 10 |
| B | 11 |
| C | 12 |
| D | 13 |

(Mod 100 Notes)

# EXHIBIT C

















# Telefonkate Comfort

## Überall bargeldlos telefonieren.

## For cashless calls from any location.




Life is for sharing.







# That's how it works

## on card phones with chip card:

- Insert the card
- Wait until the credit is displayed
- Dial the subscriber number including (national) prefix

## on coin phones/
## other phones with PIN:

- Don't insert the card
- Dial the free access number: in Germany it is 0800 33 00222
- Wait for the recorded message and enter your PIN
- When you hear the dialling tone, dial the subscriber number including (national) prefix

Life is for sharing.

**T** ··

EASY INTERNATIONAL CALLING
· Credit Cards · Collect Calls · Calling Cards · 日本への国際電話

Just dial... **0 800 181 1610**

テレジットカードコール、又は コレクトコール（着信人払）
上記の番号を押し、ガイダンスが出たら、日本語にてです。