1 | FRED R. PUGLISI, Cal. Bar No. 121822
NORMA V. GARCIA, Cal Bar No. 223512
2 | VALERIE E. ALTER, Cal. Bar No. 239905
ELIZABETH S. BERMAN, Cal. Bar No. 252377
3 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
4 |   Including Professional Corporations
1901 Avenue of the Stars, Suite 1600
5 | Los Angeles, California  90067-6017
Telephone:  310-228-3700
6 | Facsimile:   310-228-3701
fpuglisi@sheppardmullin.com
7 | ngarcia@sheppardmullin.com
valter@sheppardmullin.com
8 | eberman@sheppardmullin.com

9 | Attorneys for Defendant
BBG COMMUNICATIONS, INC.

10

11 | UNITED STATES DISTRICT COURT

12 | SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLASTIMIL SAJFR AND DAVID KEEPORTS, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BBG COMMUNICATIONS, INC., and DOES 1-10 INCLUSIVE,<br><br>Defendant. | Case No. 10-CV-02341-AJB (NLS)<br><br>The Honorable Anthony J. Battaglia<br><br>**DECLARATION OF BRIAN RHYS IN SUPPORT OF DEFENDANT BBG COMMUNICATIONS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>[*Notice of Motion and Motion for Summary Judgment; Declarations of Susan Freeman, Ferdinand Von Klocke, Gregorio Galicot, Vania Monge, Irene Fedier, Gaurav Malhotra, Urs Manetsch and Anton Mueller, Prof. Dr. Bernd Holznagel, LLM, and Isaac Guakil-Chaiyo; Separate Statement of Undisputed Facts; Request for Judicial Notice; and Certificate of Service Filed Concurrently herewith*]<br><br>Date:        December 16, 2011<br>Time:       1:30 p.m.<br>Courtroom:  12<br><br>[Complaint Filed: November 12, 2010] |

---

3:10-CV-02341-AJB -NLS
W02-WEST:3NVG1\403673288.1

DECLARATION OF BRIAN RHYS

# DECLARATION OF BRIAN RHYS

I, BRIAN RHYS, declare as follows:

1. I am the Vice President at BBG Communications, Inc. ("**BBG Communications**"). I make this declaration based on my personal knowledge, my review of the records available to me as they are kept in the ordinary course of BBG Communications' business, information obtained from other employees upon whom I regularly rely in the ordinary course of BBG Communications' business, or my general knowledge of the business practices of BBG Communications, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. This declaration is submitted in support of BBG Communications, Inc.'s Motion for Summary Judgment.

3. I have reviewed and am familiar with the allegations stated in plaintiffs Vlastimil Sajfr and David Keeports' Complaint, including the Exhibits attached thereto, in their action against BBG Communications.

4. According to the Complaint at paragraph 10, Mr. Sajfr alleges that "used BBG's pay telephones in Frankfurt Germany on or about June 17, 2010."

5. None of the images in Exhibit 1 to the Complaint is of statements, disclosures or advertising on a payphone located in Frankfurt, Germany.

6. Further, BBG Communications does not process or provide calling service for calls that originate in Frankfurt, Germany. Thus, BBG Communications did not

1

1  provide the telecommunication services for the calls made by Mr. Sajfr as alleged in the
2  Complaint.

4  7. Exhibit 1 to the Complaint is described in paragraphs 2 and 26 of the
5  Complaint as true and correct copies of examplars of statements and advertising on pay
6  telephones serviced by BBG Communications allegedly around the world.

8  8. Exhibit 1 consists of nine pages of images. *See* Doc. No. 1 at 32 to 40.

10  9. The second image (Doc. No. 1 at 33) is a close up of the bottom portion of a
11  metal plaque affixed to a payphone located in the Denver, Colorado airport. I can identify
12  the location of this payphone because this particular plaque was manufactured especially
13  for the Denver, Colorado airport and is possibly the most unique advertisement ever
14  created by BBG Communications. I was personally involved in the production and
15  approval process for the manufacturing of this plaque. A true and correct copy of the
16  entire plaque is attached hereto as **Exhibit A** and incorporated herein by this reference.
17  The plaque is advertising BBG Communications' "*##" promotion, which was only
18  advertised within the United States.

20  10. The sixth image (Doc. No. 1 at 37) is of statements on a payphone located
21  near the San Diego, California airport. I can identify the location of this payphone by the
22  ///
23  ///
24  ///

address identified at the bottom of the phone: "3835 North Harbor." The San Diego, California airport is located at 3225 North Harbor Drive.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 26, 2011 at San Diego, California.

BRIAN RHYS



**EXHIBIT A**



# WORLD WIDE PHONE CALLS

## USA, CANADA & UK Collect INTERNATIONAL Credit Card



**\* 7 7**

### LLAMADAS INTERNACIONALES

A todo el mundo con tarjeta de crédito marque el número de arriba, espere el tono y luego marque 2 para español.

### 日本への国際電話

クレジットカードコール又は、
コレクトコール（着信人払）
上記の番号を押し、ガイダンスが出たら、日本語は 3 です。

### INTERNATIONALE TELEFONGESPRÄCHE

Für Weltweite Telefonate per Kreditkarte sowie
R-Gespräche nach Deutschland wählen Sie
bitte die Telefonnummer oben erwähnt
Bitte drücken Sie die 4 für Deutsch

      

Credit Card calls are routed and priced by:
Direct Questions to: **BBG Communications**
5111 E. San Ysidro Blvd. #1770, San Ysidro, CA 92173  •  1-800-576-5402