UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLASTIMIL SAFJR AND DAVID KEEPORTS )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>BBG COMMUNICATIONS, INC. AND )<br>DOES 1-10 INCLUSIVE )<br>)<br>Defendants. )<br>) | Civil No. 10-2341 AJB   (NLS)<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE AND SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

On July 8, 2011, the court convened a Case Management Conference in this action. Having consulted with the attorneys, and for good cause shown, the court now **ORDERS**:

1. Counsel are ordered to appear **telephonically** on **October 28, 2011** at **10:00 a.m.** before Magistrate Judge Stormes for a further Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiffs' counsel shall initiate the telephonic conference. Each responsible attorney of record and all parties representing themselves shall participate in the conference. Represented parties need not participate.

2. The deadline to file any motions to amend the pleadings or add new parties is **August 31, 2011.**

3. The deadline for completion of discovery related to Defendant's summary judgment motion filed June 30, 2011 is **October 10, 2011.**

4. The deadline for completion of class certification discovery is **October 10, 2011**, subject

to further consideration by the court at the October 28, 2011 CMC.

    5    The deadline to file discovery motions related to class certification and issues raised by Defendant's summary judgment motion is **November 10, 2011.**

    6.    The deadline for filing Plaintiffs' motion for class certification is **December 12, 2011.**

While discovery is not bifurcated, it should focus on class certification and the issues raised in Defendants' motion for summary judgment. Further, there shall be no change to the presumptive limitations on the number of depositions and interrogatories.

Failure of any counsel or party to comply with this order will result in sanctions.

**IT IS SO ORDERED.**

DATED: July 8, 2011

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court