Alan M. Mansfield (SBN 125998)
alan@clgca.com
THE CONSUMER LAW GROUP
10200 Willow Creek Rd., Suite 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (888) 341-5048

WHATLEY DRAKE & KALLAS LLC
Joe R. Whatley, Jr.
Patrick J. Sheehan (Admitted *Pro Hac Vice*)
psheehan@wdklaw.com
380 Madison Avenue, 23rd Floor
New York, NY  10017
Tel: (212) 447-7070
Fax: (212) 447-7077

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLASTIMIL SAJFR and DAVID KEEPORTS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BBG COMMUNICATIONS, INC., and DOES 1-10 INCLUSIVE,<br><br>Defendants. | CASE NO.: 10-cv- 2341-AJB (NLS)<br><br>CLASS ACTION<br><br>**PROOF OF SERVICE OF SUBPOENA ON BBG GLOBAL, AG**<br><br>**Judge:** Hon. Anthony J. Battaglia<br>**Complaint Filed:** November 12, 2010 |

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 10-CV-2341-AJB (NLS)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   BBG Global, AG

was received by me on *(date)*   10/03/2011 .

☑ I served the subpoena by delivering a copy to the named individual as follows: "Jane" Galicot (refused first name)

on *(date)*   10/06/2011   ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ 50.00 for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date:   10/06/2011

*Server's signature*

Luis Castellanos
*Printed name and title*

Process Server
521 James Street
Chula Vista, CA 91910
*Server's address*

Additional information regarding attempted service, etc:
See Attached Declaration

## DECLARATION RE SERVICE

On October 3rd, 2011 I began attempts to serve Gregorio Galicot on behalf of BBG Global, AP. First attempt was made at Gregorio Galicots residence on 6930 Country Club Drive, La Jolla, CA 92037 at approximately 3:10 p.m. This attempt resulted with no contact. On this same day at approximately 4:05 p.m. I attempted service at Gregorio's place of employment at 1658 Gailes Blvd., Suite # B, San Diego, CA 92154. This attempt also resulted with no contact as the front door is locked and there was no response when I rang buzzer at security door.

On October 4th, 2011 attempts were made at Gregorio's residence at approximately 10:29 a.m. where I was able to make contact with the Maid, who informed me the Galicots were not in. I asked the Maid if she lived at the residence with the Galicots and she informed me that she did not live there. At approximately 1:43 p.m. I attempted service back at Gregorio's place of employment where I was able to speak to receptionist and was told that Gregorio was not in that day.

On October 5th, 2011 at approximately 10:35 a.m. I made contact with the maid of the Galicots at their residence. She informed me that both Mr. and Mrs. Galicot were not in at that time, but informed me that they (The Galicots) were scheduled to have a dinner/function later that evening at their residence. I returned to the same residence later that evening at approximately 8:22 p.m. and immediately noticed that the house had few lights on inside. I also noticed the television was on in the northwest part of the house. As I approached the residence, the television was turned off and there was no response to knocking or ringing of the doorbell. As I was walking away from residence I noticed a pearl white Cadillac Escalade SUV **(License Plate Number: 6MIU302)** in the lower garage and as I was driving away the few light that were on inside were shut off.

1   On October 6th, 2011, I returned to residence at approximately 6:00 a.m. and
2   waited outside of residence to view any activity inside. I immediately noticed the same
3   SUV still parked in lower garage. The house was dark upon arrival. At approximately
4   6:30 a.m. lights were turned on inside. I waited about 15 minutes then proceeded to
5   approach the front door. I rang the doorbell and the maid stepped out from behind
6   kitchen wall, looked at me and proceeded to ignore me. I waited at front door for about 5
7   minutes, ringing the doorbell and knocking on front door. During that time I noticed two
8   small children walking throughout the house and talking. I walked back to my vehicle
9   and continued to wait. At approximately 7:15 a.m. I saw the Maid looking outside
10  through the main front window and at approximately 7:29 a.m. I heard the same children
11  talking as they were being loaded up into the Cadillac SUV. I immediately approached
12  the driveway gate, which was about 15 yards from the SUV. I then noticed a female,
13  approximately 5'8, 130 lbs. and with straight brown hair in gym clothes securing the
14  children in the SUV. At that time the children repeatedly called the woman "Momma".
15  At that time I called out to the woman "Excuse me, Mrs. Galicot" she turned around and
16  just looked at me. I then said to her "I am looking for Mr. or Mrs. Galicot". Her
17  response was "I don't know what you are talking about. Plus I don't even know who you
18  are." I then informed her that I was a Process Server and I had some documents for Mr.
19  or Mrs. Galicot. Immediately following my statement the Maid came out and I heard
20  (who I believe to be Mrs. Galicot) ask the Maid "is that the man who came yesterday?"
21  The Maid responded "Yes" and walked right back in to residence. From that point on
22  Mrs. Galicot ignored my presence. I then informed her that I was serving her as Mrs.
23  Galicot due to the fact that she is driving same SUV that has been parked there overnight
24  and the children calling her "Momma". I left papers in driveway gate and apologized for
25  bothering her in front of her children and at her residence. I thereafter mailed a copy of
26  the Subpoena on October 6th, 2011 to the residence at 6930 Country Club Drive, La
27  Jolla, CA 92037.
28

2

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 10, 2011, at San Diego, California.

_____
LUIS H. CASTELLANOS