# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLASTIMIL SAJFR AND DAVID KEEPORTS,<br><br>　　　　Plaintiffs,<br>v.<br><br>BBG COMMUNICATIONS, INC. AND DOES 1-10 INCLUSIVE,<br><br>　　　　Defendants. | Civil No. 10-2341 AJB (NLS)<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE AND (1) SETTING FURTHER CASE MANAGEMENT CONFERENCE; (2) CONTINUING CLASS CERTIFICATION DEADLINE; and (3) DENYING WITHOUT PREJUDICE JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE [Doc. No. 72].** |

On October 28, 2011, the court convened a Case Management Conference in this action. Having consulted with the attorneys, and for good cause shown, the court now **ORDERS**:

1. Counsel are ordered to appear **telephonically** on **January 13, 2012** at **9:30 a.m.** before Magistrate Judge Stormes for a further Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiffs' counsel shall initiate the telephonic conference.

2. The deadline for filing Plaintiffs' motion for class certification is continued to **January 20, 2012.**

3. The court denies as moot, and without prejudice, the parties' joint motion for determination of a discovery dispute. Following discussion with the court, the parties agreed to go forward with the Rule 30(b)(6) deposition of BBG Global in London, England.

**IT IS SO ORDERED.**

DATED: October 28, 2011

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Nita L. Stormes
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge