```
1  THE CONSUMER LAW GROUP
   Alan M. Mansfield (SBN 125998)
2  alan@clgca.com
   10200 Willow Creek Rd., Suite 160
3  San Diego, CA 92131
   Tel: (619) 308-5034
4  Fax: (888) 341-5048

5  WHATLEY DRAKE & KALLAS LLC
   Joe R. Whatley, Jr., Esq.
6  Patrick J. Sheehan, Esq.
   380 Madison Avenue, 23rd Floor
7  New York, NY 10017
   Tel: (212) 447-7070
8  Fax: (212) 447-7077

9  Attorneys for Plaintiffs
   [Additional Counsel Listed on Signature Page]
10
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLASTIMIL SAJFR and DAVID KEEPORTS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BBG COMMUNICATIONS, INC., and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No.: 10-cv-2341-AJB (NLSx)<br><br>CLASS ACTION<br><br>DECLARATION OF ALAN M. MANSFIELD IN SUPPORT OF JOINT MOTIONS FOR DETERMINATION OF DISCOVERY DISPUTES<br><br>Hearing Date: N/A<br>Time:         N/A<br>Courtroom:    G<br>Judge:        Hon. Nita L. Stormes<br><br>Complaint Filed: November 12, 2010 |

I, ALAN M. MANSFIELD, declare as follows:

1. I am one of the attorneys of record for Plaintiffs in this action and am duly admitted to practice law in California and before this Court. I have personal knowledge of the facts stated below and if called upon, I could and would testify competently thereto.

2. Prior to the filing of this joint motion, I have met and conferred with Mr. Fred Puglisi, counsel for defendant BBG Communications, Inc. ("BBG") over the last two months about the issues raised in these motions. During that time we have spoken about these issues and

the need for a protective order (which has now been entered), exchanged written correspondence, and provided and distinguished authorities relevant to the positions asserted in the motions. Our latest communication on this issue was on November 7, 2011, when Mr. Puglisi confirmed to me that BBG would not provide any further responses to any of the pending Requests for Admissions or Requests for Production of Documents, nor would BBG be producing any responsive documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration is executed this __10th__ day of November, 2011, at __San Diego__, California.

ALAN M. MANSFIELD