1  FRED R. PUGLISI, Cal. Bar No. 121822
   NORMA V. GARCIA, Cal. Bar No. 223512
2  VALERIE E. ALTER, Cal. Bar No. 239905
   ELIZABETH S. BERMAN, Cal. Bar No. 252377
3  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
4    Including Professional Corporations
   1901 Avenue of the Stars, Suite 1600
5  Los Angeles, California  90067-6017
   Telephone:  310-228-3700
6  Facsimile:    310-228-3701
   fpuglisi@sheppardmullin.com
7  ngarciaguillen@sheppardmullin.com
   valter@sheppardmullin.com
8  eberman@sheppardmullin.com

9  Attorneys for Defendant,
   BBG Communications, Inc.
10

11                UNITED STATES DISTRICT COURT

12                SOUTHERN DISTRICT OF CALIFORNIA

13 | VLASTIMIL SAJFR AND DAVID KEEPORTS, on behalf of themselves and all others similarly situated, | Case No. 10-CV-02341-AJB (NLS)
   |                                                                                                  |
15 |                         Plaintiffs,                                                             | **DECLARATION OF FRED R. PUGLISI IN SUPPORT OF BILL OF COSTS**
16 |       v.                                                                                         |
17 | BBG COMMUNICATIONS, INC., a Delaware CORPORATION, and DOES 1 - 10,                              | CLERK OF THE COURT;
   |                                                                                                  | 880 FRONT STREET, SUITE 4290,
   |                                                                                                  | SAN DIEGO, CA
19 |                         Defendant.                                                              |

# DECLARATION OF FRED R. PUGLISI

I, Fred R. Puglisi, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with SHEPPARD, MULLIN, RICHTER & HAMPTON LLP, attorneys of record for BBG Communications, Inc.

2. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3. This declaration is submitted in support of BBG Communications, Inc.'s Bill Of Costs.

4. Attached hereto as **EXHIBIT A** is a true and correct copy of an invoice for $250 from TransPerfect for the translation of Mexican legal authority from Spanish to English. This translation was filed in connection with BBG Communications, Inc.'s motion to dismiss Plaintiff's Complaint and its Motion For Summary Judgment, and necessarily obtained for use in this case.

5. Attached hereto as **EXHIBIT B** is a true and correct copy of an invoice for $639.85 from Sarnoff Court Reporters for a certified copy of the transcript of the deposition of Allen Adler, taken on October 20, 2011 and necessarily obtained for use in this case.

6. Attached hereto as **EXHIBIT C** is a true and correct copy of an invoice for $931.05 from Sarnoff Court Reporters for a certified copy of the transcripts of

the depositions of Delma Rodriguez and Maritza Morales, taken on October 21, 2011 and necessarily obtained for use in this case.

7. Attached hereto as **EXHIBIT D** is a true and correct copy of an invoice for $522.00 from Sarnoff Court Reporters for a certified copy of the transcript of the deposition of Jaime Maddox, taken on October 28, 2011 and necessarily obtained for use in this case.

8. Attached hereto as **EXHIBIT E** is a true and correct copy of an invoice for $730.20 from Sarnoff Court Reporters for a certified copy of the transcript of the deposition of Irene Fedier, taken on November 16, 2011 and necessarily obtained for use in this case.

9. On July 1, 2011, pursuant to this Court's Civil Case Procedures, my office submitted a courtesy copy of BBG Communications' Motion for Summary Judgment and related documents to chambers. The motion and related documents totaled 554, which were copied at a rate of $0.10 a page. BBG Communications incurred costs of $55.40 in connection with submitting a courtesy copy to the Court pursuant to its Civil Case Procedures.

10. On December 21, 2011, my office submitted a copy of the transcript of the Deposition Of Irene Fedier to the Court pursuant to a request from the Court at the hearing on BBG Communications' motion for summary judgment. That transcript and accompanying exhibits comprised 588 pages, which were copied at the rate of $0.10 a page. BBG Communications incurred costs of $58.80 in connection with the copying of Ms. Fedier's deposition transcript for submission to the Court.

-3-

1   I declare under penalty of perjury under the laws of the United States of
2   America that the foregoing is true and correct.
3
4   Executed January 23, 2012, at Los Angeles, California.
5
6
7                                         /s *Fred R. Puglisi*
                                          Fred R. Puglisi
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28