

# TRANSPERFECT

**Bill To:**

Sheppard Mullin Richter & Hampton LLP
Attn: Elizabeth Berman
1901 Avenue of the Stars, Suite
Los Angeles, CA 90067
USA

**Requested By:**

Elizabeth Berman
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite
Los Angeles, CA 90067
USA

| | |
|---|---|
| Invoice #: | 315636 |
| Invoice Date: | 12/14/2010 |
| Invoice Due: | 01/13/2011 |
| Contract #: | tpt270512 |

| | |
|---|---|
| Sales Contact: | Andrew Sarnoff (asarnoff@transperfect.com) |
| Payment Terms: | Net 30 |
| Purchase Order #: | |

**Project Notes:**

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Spanish (US) to English Translation and Proofreading    082X-158497 | 1.00 | Flat | 250.000 | 250.00 |

| | |
|---|---|
| Total to Bill this Contract: | US$ 250.00 |
| Tax Amount: | US$ 0.00 |
| Total Amount Due: | US$ 250.00 |

APPROVED FOR PAYMENT
BY _[signature]_
CLIENT/FILE OR OFFICE ACCT. _____



### PAYMENT INSTRUCTIONS

**Please remit payment to:**
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

**Wire Transfer Details:**
Citibank, N.A.
A/C #: 06541211
ABA Routing #: 021000089
SWIFT CODE: CITIUS33
Tax ID #: 13-3686771

Please reference the Contract # tpt270512 and Invoice # 315636 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

