THE CONSUMER LAW GROUP
Alan M. Mansfield (SBN 125998)
alan@clgca.com
10200 Willow Creek Rd., Suite 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (888) 341-5048

WHATLEY DRAKE & KALLAS LLC
Joe R. Whatley, Jr., Esq.
Patrick J. Sheehan, Esq.
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7070
Fax: (212) 447-7077

Attorneys for Plaintiffs
[*Additional Counsel Listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VLASTIMIL SAJFR and DAVID KEEPORTS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BBG COMMUNICATIONS, INC., and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No.: 10-cv-2341-AJB (NLSx)<br><br>CLASS ACTION<br><br>PLAINTIFFS' OBJECTION TO DEFENDANT'S APPLICATION FOR BILL OF COSTS<br><br>Hearing Date: February 9, 2012<br>Time:         10:00 a.m.<br>Place:        Clerk of the Court<br>              (Telephonic)<br><br>Judge:        Hon. Anthony J. Battaglia<br>Complaint Filed: November 12, 2010 |

Pursuant to Fed. R. Civ. Proc. Rule 54(d) and Local Rule 54.1, Plaintiffs submit the following objections to the Bill of Costs submitted by Defendant BBG Communications, Inc.:

28 U.S.C. Section 1920 provides that:

"A judge or clerk of any court of the United States may tax as costs the following:

    (1)    Fees of the clerk and marshal;

    (2)    Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;

1

     (3)     Fees and disbursements for printing and witnesses;

     (4)     Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;

     (5)     Docket fees under section 1923 of this title;

     (6)     Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title."

1. The $250.00 bill for Transperfect for a translation was not "necessarily incurred" by Defendant and does not fall within the costs permitted under (6), *supra*. No translator was ordered or requested by the Court; this was not for a court-appointed expert nor for a special interpretation service. It was for a translation of a document voluntarily submitted by Defendant that was not requested by the Court, nor cited by the Court. It was not even a certified translation. See Objection to Evidence dated November 10, 2011 (Dkt. No 90). It thus does not fall within any of the above categories and must be excluded.

2. While the Court does require a courtesy copy of papers to be submitted to the Court, Plaintiffs believe the rate that should be used for copies is $.05 cents per page as a commercially reasonable rate. No evidence is submitted by Defendant the rate it requests is actually the rate charged to Defendant by its counsel.

3. As far as the copying costs of the submission of the deposition transcript of Irene Fedier, Defendant has already requested $730.20 for the copy of that deposition transcript, so charging for additional copying is duplicative. In addition, Plaintiffs were in the process of submitting the transcript to the Court already when Defendant did so; this cost thus could have been avoided. Finally, the exhibits to that deposition had largely already been submitted to the Court and thus were not necessary – indeed several of them (Exs. 20-24) were copies of Declarations already filed with the Court. As the transcript is only 155 pages, if permitted, the charge for that transcript should only be for $7.75.

Dated: February 6, 2012         CONSUMER LAW GROUP OF CALIFORNIA

                                  By:   S/Alan M. Mansfield
                                        Alan M. Mansfield
                                        alan@clgca.com

10200 Willow Creek Road, Suite 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (888) 341-5048

WHATLEY DRAKE & KALLAS LLC
Joe R. Whatley, Esq.
jwhatley@wdklaw.com
Patrick J. Sheehan, Esq. (Admitted *Pro Hac Vice*)
psheehan@wdklaw.com
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7070
Fax: (212) 447-7077

Attorneys for Plaintiffs Vlastimil Sajfr and David Keeports